AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Robert B. | U.S. Court of Appeals, 4th Circuit | 04/29/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

300 Virginia Street, East
Suite 7602
Charleston, WV 25301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice Chairman, Board of Directors | WVU College of Law Alumni Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 04/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 04/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 04/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TimeWarner Inc. (common) | B | Dividend | L | T | Sold (part) | 05/18/15 | K | D | |
| 2. | | | | | Buy (add'l) | 11/10/15 | K | | |
| 3. Proctor & Gamble Co. (common) | C | Dividend | L | T | Sold (part) | 05/11/15 | J | A | |
| 4. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 5. Intel Corp. (common) | C | Dividend | J | T | Sold (part) | 08/05/15 | J | D | |
| 6. Morgan Stanley Co. (common) | A | Dividend | L | T | Sold (part) | 08/05/15 | K | E | |
| 7. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 8. Starbucks Corp. (common) | B | Dividend | L | T | Buy (add'l) | 09/23/15 | J | | |
| 9. Legg Mason Clearbridge Aggressive Growth Fund | A | Dividend | L | T | | | | | |
| 10. E.I. DuPont De Nemours & Co. (common) | A | Dividend | J | T | Sold (part) | 05/11/15 | J | A | |
| 11. Chemours | | None | J | T | Spinoff (from line 10) | 07/01/15 | J | | |
| 12. (H) Mineral interests, Tyler County, WV See below a - k | | None | | | | | | | |
| 13. - a. HG Energy, successor to East Resources, Inc. | | None | J | W | | | | | |
| 14. - b. Ergon Oil Purchasing | | None | J | W | | | | | |
| 15. - c. CNX Gas, successor to Conssol Gas Co. | | None | J | W | | | | | |
| 16. - d. Jay-Bee Production | A | Royalty | J | W | | | | | |
| 17. - e. BD Oil Gathering Corp. | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 04/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - f. Texas Keystone, Inc. | A | Royalty | J | W | | | | | |
| 19. - g. Petroedge Energy (X) | | None | J | W | | | | | |
| 20. - h. Postrock Eastern Production | | None | J | W | | | | | |
| 21. - i. American Energy - Marcellus | | None | J | W | | | | | |
| 22. - j. Artero Resources Corp. | | None | J | W | | | | | |
| 23. - k. Ascent Resources, LLC | A | Royalty | J | W | | | | | |
| 24. Mineral Interests, Doddridge County, WV | | None | J | W | | | | | |
| 25. Mineral Interests, Wetzel County, WV | | None | J | W | | | | | |
| 26. Time Warner Cable Inc. (common) | A | Dividend | L | T | Sold (part) | 05/18/15 | K | E | |
| 27. Prudential Short Term Corp. Bond Z | A | Dividend | | | Sold | 05/19/15 | K | C | |
| 28. Apple Inc. | A | Dividend | K | T | | | | | |
| 29. Pepsico | A | Dividend | K | T | | | | | |
| 30. American Century Equity Income Fund | A | Dividend | L | T | | | | | |
| 31. Blackrock Global Allocation Fund | A | Dividend | L | T | | | | | |
| 32. Prudential Global Real Estate Fund Class 2 | A | Dividend | K | T | | | | | |
| 33. Prudential Short Term Corp. Bond Inc. Z | B | Dividend | | | Sold | 05/19/15 | K | C | |
| 34. Hess Corp. | A | Dividend | K | T | Buy (add'l) | 09/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 04/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kraft Foods | A | Dividend | K | T | Buy (add'l) | 09/23/15 | J | | |
| 36. Facebook | | None | K | T | | | | | |
| 37. Walmart stores (Common) | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 38. United Technology (Common) | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 39. Raytheon (Common) | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 40. Paychex Inc. (Common) | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 41. Northrop Grumman Corp. (Common) | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 42. Norfolk Southern (Common) | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 43. McDonalds Corp. (Common) | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 44. Linear Technology Corp. (Common) | A | Dividend | | | Sold | 05/19/15 | J | A | |
| 45. Johnson & Johnson (Common) | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 46. Genuine Parts Co. (Common) | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 47. Emerson Electric (Common) | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 48. Exxon Mobil (Common) | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 49. CSX Corp. (common) | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 50. Automatic Data (common) | A | Dividend | | | Sold | 05/11/15 | J | A | |
| 51. General Dynamics Corp. (common) | A | Dividend | | | Sold | 05/11/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 04/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Lazard Int'l Equity Fund | A | Dividend | K | T | Buy | 05/19/15 | K | | |
| 53. | Ishares S&P Global Health Care Sector ETF | A | Dividend | J | T | Buy | 05/19/15 | J | | |
| 54. | Ishares Trust SHS ETF | A | Dividend | J | T | Buy | 05/11/15 | J | | |
| 55. | Ishares MSCI USA ESG Select ETF | A | Dividend | J | T | Buy | 05/11/15 | J | | |
| 56. | Vanguard Div. Apprec. ETF | A | Dividend | J | T | Buy | 05/11/15 | J | | |
| 57. | Ishares S&P Global Clean Energy ETF | A | Dividend | J | T | Buy | 05/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 04/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert B. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544